IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KAREEM MUHAMMAD,

    **Plaintiff,**

v.                                             Civil Action No. 3:05cv91
                                                 (Judge Bailey)

**FEDERAL CORRECTIONAL INSTITUTION
GILMER, FEDERAL BUREAU OF PRISONS,
DEPT. OF JUSTICE, UNITED STATES OF
AMERICA, C. HAMNER, K. LAMBRIGHT,**

    **Defendants.**

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the defendants' Motion for Enlargement of Time (dckt. 57) is **GRANTED**. The defendants' shall have up to and including October 25, 2007, to file a response on the merits of the complaint.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: October 11, 2007.

                                               /s *John S. Kaull*
                                               JOHN S. KAULL
                                               UNITED STATES MAGISTRATE JUDGE