IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KAREEM MUHAMMAD,**

    **Plaintiff,**

v.                                                                       **CIVIL ACTION NO. 3:05-CV-00091**

**C. HAMNER AND K. LAMBRIGHT,**

    **Defendants.**

## ORDER

The Defendants C. Hamner and K. Lambright having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically, Defendants' Memorandum of Law in Support of their Motion to Dismiss or in the Alternative, Motion for Summary Judgment and its Exhibits, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Defendants' Motion, it is accordingly

**ORDERED** that Defendants' Memorandum of Law in Support of their Motion to Dismiss or in the Alternative, Motion for Summary Judgment and its Exhibits, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: _October 30, 2007_

                                                                   UNITED STATES MAGISTRATE JUDGE