IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KAREEM MUHAMMAD,

      Plaintiff,

v.                                    Civil Action No. 3:05cv91
                                    (Judge Bailey)

C. HAMNER and K. LAMBRIGHT,

      Defendants.

### ORDER GRANTING EXTENSION OF TIME

For good cause shown, the plaintiff's Motion for Extension of Time to file a reply (dckt. 67) to the defendants' Motion to Dismiss, or Alternatively, Motion for Summary Judgment, is **GRANTED**. Plaintiff shall have until **December 15, 2007**, to file his reply.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: November 29, 2007.

                                              /s *John S. Kaull*
                                              JOHN S. KAULL
                                              UNITED STATES MAGISTRATE JUDGE