IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KAREEM MUHAMMAD,

    Plaintiff,

v.

                        CIVIL ACTION NO. 3:05-CV-91

C. HAMNER AND K. LAMBRIGHT,

    Defendants.

## ORDER

Upon consideration of Defendants' Motion for Leave of Court to File Out of Time, and for good cause shown therein, it is hereby accordingly

**ORDERED** that defendants shall have up to and including December 19, 2007, within which to file their Supplemental Reply.

DATE: _December 19, 2007_

_____
UNITED STATES MAGISTRATE JUDGE